```
UNITED STATES DISTRICT COURT                    USDC SDNY
SOUTHERN DISTRICT OF NEW YORK                   DOCUMENT
------------------------------------------------X   ELECTRONICALLY FILED
                                            :       DOC #:_____
JOHN NYPL, et al.,                          :       DATE FILED: 12/14/2015
                                            :
                               Plaintiffs,  :       15 Civ. 9300 (LGS)
                                            :
             -against-                      :
                                            :
JP MORGAN CHASE & CO., et al.,              :
                                            :
                               Defendants.  :
------------------------------------------------X
                                            :
AXIOM INVESTMENT ADVISORS, LLC ,            :
                                            :
                               Plaintiffs,  :       15 Civ. 9323 (LGS)
                                            :
             -against-                      :
                                            :
BARCLAYS BANK PLC, et al.,                  :
                                            :
                               Defendants.  :
------------------------------------------------X
                                            :
VALUE RECOVERY FUND LLC,                    :
                                            :
                               Plaintiffs,  :       15 Civ. 9486 (LGS)
                                            :
             -against-                      :          ORDER
                                            :
BARCLAYS BANK PLC, et al.,                  :
                                            :
                               Defendants.  :
------------------------------------------------X
```

LORNA G. SCHOFIELD, District Judge:

WHEREAS, on December 11, 2015, Defendants in the *Nypl v. JP Morgan Chase & Co. et al.* action, 15-cv-9300, filed a proposed scheduling order for their anticipated motion to consolidate;

WHEREAS, on December 14, 2015, Plaintiffs in the *Nypl* action filed a letter in response; it is hereby

ORDERED that the time for Defendants to answer, move or otherwise respond to the complaints in any of the above captioned cases is adjourned until the issue of consolidation with *In Re Foreign Exchange Litigation*, 13-cv-7789, is resolved. To the extent the parties do not agree to consolidation, a briefing schedule will be discussed at the January 7, 2016, initial pretrial conference. The deadlines in the December 9, 2015, initial pretrial conference order remain in effect.

Dated: December 14, 2015
       New York, New York

**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**