```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
                                                              :
CHAN AH WAH, et al.,                                          :
                              Plaintiff(s),                   :
                                                              :    15 Civ. 8974 (LGS)
           -against-                                          :
                                                              :         ORDER
HSBC NORTH AMERICA HOLDINGS INC., et al.,                     :
                              Defendant(s).                   :
------------------------------------------------------------- :
                                                              X
                                                              :
JOHN NYPL, et al.,                                            :
                              Plaintiff(s),                   :
                                                              :
           -against-                                          :    15 Civ. 9300 (LGS)
                                                              :
JPMORGAN CHASE BANK, N.A., et al.,                            :         ORDER
                              Defendant(s).                   :
------------------------------------------------------------- X
                                                              :
AXIOM INVESTMENT ADVISORS, LLC, et al.,                       :
                              Plaintiff(s),                   :
                                                              :
           -against-                                          :    15 Civ. 9323 (LGS)
                                                              :
BARCLAYS BANK PLC, et al.,                                    :         ORDER
                              Defendant(s).                   :
------------------------------------------------------------- X
                                                              :
VALUE RECOVERY FUND LLC,                                      :
                              Plaintiff(s),                   :
                                                              :
           -against-                                          :    15 Civ. 9486 (LGS)
                                                              :
BARCLAYS BANK PLC, et al.,                                    :         ORDER
                              Defendant(s).                   :
------------------------------------------------------------- X
                                                              :
AXIOM INVESTMENT ADVISORS, LLC,                               :
                              Plaintiff(s),                   :
                                                              :
           -against-                                          :    15 Civ. 9945 (LGS)
                                                              :
DEUTSCHE BANK AG,                                             :         ORDER
                              Defendant(s).                   :
-------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/5/2016

LORNA G. SCHOFIELD, District Judge:

It is hereby ORDERED that the proceeding in this matter, previously scheduled for January 7, 2016 at 11:10 a.m., shall be rescheduled for January 7, 2016 at 10:45 a.m., due to a conflict in the Court's schedule. Any parties not located within the metropolitan Tri-state area who wish to participate telephonically may request permission to do so by filing a letter motion on ECF and (if the motion is granted) convening with all parties on the line and calling into chambers at (212) 805-0288.

SO ORDERED.

Dated: January 5, 2016
      New York, New York

**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**