UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: __1/7/2016__

---------------------------------------------------------------X
: 
AXIOM INVESTMENT ADVISORS, LLC ,          :
:
                         Plaintiff,          :                15  Civ. 9323  (LGS)
:
            -against-          :                  ORDER
:
BARCLAYS BANK PLC, et al.,          :
:
                    Defendants.  :
---------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

      WHEREAS, on January 7, 2016, a Conference was held in this matter; it is hereby

      **ORDERED** that any motion for preliminary approval of a settlement shall be filed by

February 10, 2016; any responses shall be filed by February 24, 2016; and a hearing will be held

on March 10, 2016, at 11:00 a.m.  It is further

      **ORDERED** that the time to answer or otherwise respond to the Complaint is adjourned

and discovery is stayed pending further order of the Court.

Dated: January 7, 2016
       New York, New York

**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**