UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X
:
AXIOM INVESTMENT ADVISORS,           :
LLC, by and through its Trustee, Gildor  :
Management LLC,                      :
:
Plaintiff,       :
:
v.                                  :   Case No. 15-cv-9323-LGS
:
BARCLAYS BANK PLC and                :
BARCLAYS CAPITAL, INC.,              :
:
Defendants.      :
:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

**PLAINTIFF'S NOTICE OF MOTION AND
MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT**

**TO: ALL PARTIES AND THEIR RESPECTIVE COUNSEL OF RECORD**

**PLEASE TAKE NOTICE** that, on March 24, 2016 at 4:00 p.m., at the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York 10007, in the Courtroom of the Honorable Lorna G. Schofield, "Plaintiff"[1] will, and hereby does, move the Court, pursuant to Fed. R. Civ. P. 23(e), for an Order:

(1)  preliminarily approving the proposed settlement set forth in the Stipulation and Agreement of Settlement with Barclays Bank PLC and Barclays Capital Inc. ("Settlement Agreement") with Defendants;

(2)  preliminarily certifying the proposed Class for settlement purposes;

---

[1]  Unless otherwise defined herein, all capitalized terms have the meaning ascribed to them in the Settlement Agreement.

(3) appointing George A. Zelcs of Korein Tillery LLC and Christopher M. Burke of Scott+Scott, Attorneys at Law, LLP as settlement class counsel;

(4) appointing Plaintiff as class representative for settlement purposes;

(5) approving Huntington National Bank as Escrow Agent;

(6) approving Garden City Group as Claims Administrator; and

(7) staying all proceedings in the Action until further order of the Court, except as may be necessary to implement the settlements set forth in the Settlement Agreement or to comply with the terms thereof.

Submitted herewith in support of this Motion are the:

(1) Plaintiff's Memorandum of Law in Support of Motion for Preliminary Approval of Settlement;

(2) Declaration of George A. Zelcs in Support of Plaintiff's Motion for Preliminary Approval of Settlement and the Exhibits thereto; and

(3) [Proposed] Order Preliminarily Approving Settlement, Conditionally Certifying the Settlement Class, and Appointing Class Counsel and Class Representative for the Settlement Class.

Dated: February 17, 2016         s/ Christopher M. Burke
                                 Christopher M. Burke (CB-3648)
                                 Walter W. Noss (WN-0529)
                                 Kristen M. Anderson
                                 Kate Lv
                                 SCOTT+SCOTT, ATTORNEYS AT LAW, LLP
                                 707 Broadway, Suite 1000
                                 San Diego, CA 92101
                                 Telephone: 619-798-5300
                                 Facsimile: 619-233-0508

Thomas K. Boardman
SCOTT+SCOTT, ATTORNEYS AT LAW, LLP
The Chrysler Building
405 Lexington Avenue
New York, NY 10174-4099
Telephone: 212-223-6444
Facsimile:  212-223-6334

George A. Zelcs
Robert E. Litan
Randall P. Ewing, Jr.
KOREIN TILLERY LLC
205 North Michigan Plaza, Suite 1950
Chicago, IL 60601
Telephone: 312-641-9750
Facsimile:  312-641-9751

Stephen M. Tillery
Robert L. King
Aaron M. Zigler
Michael E. Klenov
KOREIN TILLERY LLC
505 North 7th Street, Suite 3600
St. Louis, MO 63101
Telephone: 314-241-4844
Facsimile:  314-241-3525

Michael D. Hausfeld
Reena A. Gambhir
Jeannine M. Keeney
HAUSFELD LLP
1700 K Street, NW, Suite 650
Washington, DC 20006
Telephone: 202-540-7200
Facsimile:  202-540-7201

Bonny E. Sweeney
Michael P. Lehmann
HAUSFELD LLP
600 Montgomery Street, Suite 3200
San Francisco, CA 94111
Telephone: 415-633-1908
Facsimile:  415-358-4980

        Linda P. Nussbaum
        Bart D. Cohen
        Bradley J. Demuth
        NUSSBAUM LAW GROUP, P.C.
        570 Lexington Avenue
        New York, NY 10022
        Telephone: 212-702-7053
        Facsimile:  212-681-00300

        *Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

      I hereby certify that on February 17, 2016, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the email addresses denoted on the Electronic Mail Notice List, and I hereby certify that I caused the foregoing document or paper to be mailed via the United States Postal Service to the non-CM/ECF participants indicated on the Manual Notice List.

      I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on February 17, 2016.

        s/ Christopher M. Burke
      CHRISTOPHER M. BURKE
      SCOTT+SCOTT, ATTORNEYS AT LAW, LLP
      707 Broadway, Suite 1000
      San Diego, CA 92101
      Telephone: 619-233-4565
      Facsimile:  619-233-0508
      Email: cburke@scott-scott.com