UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AXIOM INVESTMENT ADVISORS, LLC, by and through its Trustee, Gildor Management LLC,<br>　　　　　　　　Plaintiff,<br>　v.<br><br>BARCLAYS BANK PLC and BARCLAYS CAPITAL INC.,<br>　　　　　　　　Defendants. | Case No. 15-CV-09323 (LGS) |

**PLAINTIFF'S COUNSEL NOTICE OF MOTION FOR ATTORNEYS' FEES AND REIMBURSEMENT OF EXPENSES**

**PLEASE TAKE NOTICE** that pursuant to this Courts' Order Preliminary Approving Settlement (ECF No. 65) and subsequent Order Approving the Form and Manner of Notice of the Settlement (ECF No. 97), and upon the accompanying memorandum of law; the Declarations of George A. Zelcs in Support of Plaintiff's Motion for Final Approval of Settlement and Motion for Attorneys' Fees and Reimbursement of Expenses, and the exhibits attached thereto; and the Declarations of George A. Zelcs, Daryl F. Scott, Michael D. Hausfeld, and Linda P. Nussbaum in Support of Lead Counsel's Motion for an Award of Attorneys' Fees and Reimbursement of Litigation Expenses, and the exhibits attached thereto; and the record herein, Plaintiff's Counsel will respectfully move this Court, before the Honorable Lorna G. Schofield, United States District Judge, at the United States District Court, Southern District of New York, Thurgood Marshall United States Courthouse, 40 Foley Square, New York, NY 10004, on July 18, 2017 at 4:30 p.m., or such other location and tie as set by the Court, for an Order awarding Plaintiff's Counsel attorneys' fees and reimbursing litigation expenses. A proposed Order granting the requested relief will be submitted with Plaintiff's Counsel's reply papers after the deadlines for

objecting to the Settlement and requesting exclusion from the Settlement Class have passed.

Dated: February 28, 2017 	Respectfully Submitted:

KOREIN TILLERY LLC

/s/ George A. Zelcs
George A. Zelcs
Robert E. Litan
Randall P. Ewing, Jr.
205 North Michigan Avenue, Suite 1950
Chicago, IL 60601
Telephone: 312-641-9750
Facsimile: 312-641-9751
gzelcs@koreintillery.com
rlitan@koreintillery.com
rewing@koreintillery.com

- and -

Stephen M. Tillery
Robert L. King
Aaron M. Zigler
Michael E. Klenov
KOREIN TILLERY LLC
505 North 7th Street, Suite 3600
St. Louis, MO 63101
Telephone: 314-241-4844
Facsimile: 314-241-3525
stillery@koreintillery.com
rking@koreintillery.com
azigler@koreintillery.com
mklenov@koreintillery.com

*Class Counsel*

Christopher M. Burke
Walter W. Noss
Kate Lv
SCOTT+SCOTT, ATTORNEYS AT LAW, LLP
707 Broadway, Suite 1000
San Diego, CA 92101
Telephone: 619-233-4565
Facsimile: 619-233-0508
cburke@scott-scott.com
wnoss@scott-scott.com
klv@scott-scott.com

- and -

David R. Scott
Sylvia M. Sokol
Peter A. Barile III
Thomas K. Boardman
Kristen M. Anderson
SCOTT+SCOTT, ATTORNEYS AT LAW, LLP
The Helmsley Building
230 Park Avenue, 17th Floor
New York, NY 10169
Telephone: 212-223-6444
Facsimile: 212-223-6334
dscott@scott-scott.com
ssokol@scott-scott.com
pbarile@scott-scott.com
tboardman@scott-scott.com
kanderson@scott-scott.com

*Class Counsel*

Michael D. Hausfeld
Reena A. Gambhir
Timothy S. Kearns
Jeannine M. Kenney
HAUSFELD LLP
1700 K Street, NW, Suite 650
Washington, DC 20006
Telephone: 202-540-7200
Facsimile: 202-540-7201
mhausfeld@hausfeld.com
rgambhir@hausfeld.com
tkearns@hausfeld.com
jkenney@hausfeld.com

- and -

Bonny E. Sweeney
Michael P. Lehmann
HAUSFELD LLP
600 Montgomery Street, Suite 3200
San Francisco, CA 94111
Telephone: 415-633-1908
Facsimile: 415-358-4980
bsweeney@hausfeld.com
mlehmann@hausfeld.com

*Class Counsel*

3

Linda P. Nussbaum
Bart D. Cohen
Bradley J. Demuth
NUSSBAUM LAW GROUP, P.C.
1211 Avenue of the Americas, 40th Floor
New York, NY 10036
Telephone: 917-438-9189
lnussbaum@nussbaumpc.com
bcohen@nussbaumpc.com
bdemuth@nussbaumpc.com

*Class Counsel*

**CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that on February 28, 2017, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the email addresses denoted on the Electronic Mail Notice List, and I caused the foregoing document or paper to be mailed via the United States Postal Service to the non-CM/ECF participants indicated on the Manual Notice List.

      /s/ George A. Zelcs

George A. Zelcs
KOREIN TILLERY
205 North Michigan Avenue, Suite 1950
Chicago, IL 60601
Telephone: 312-641-9750
Facsimile: 312-641-9751
gzelcs@koreintillery.com