UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
:
AXIOM INVESTMENT ADVISORS, LLC,       :
:
                                 Plaintiff,       :     15 Civ. 9323 (LGS)
:
                 -against-       :     ORDER
:
BARCLAYS BANK PLC, et al.,       :
:
                           Defendants.   :
------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/18/2018

LORNA G. SCHOFIELD, District Judge:

      WHEREAS, the Class Distribution Order dated September 14, 2018, incorporated the Declaration of Ellen E. Riley in Support of Plaintiff's Motion for an Order Approving the Distribution of the Net Settlement Fund (the "Original Declaration") (ECF No. 136);

      WHEREAS, Plaintiffs filed a letter stating that two claims had been inadvertently omitted from Exhibit A-1 of the Original Declaration (ECF No. 139);

      WHEREAS, Plaintiffs filed a corrected declaration adding the two omitted claims to Exhibit A-1 and correcting the body of the declaration accordingly (the "Corrected Declaration") (ECF No. 139-1).  It is hereby

      **ORDERED** that the Class Distribution Order is hereby amended, *nunc pro tunc*, to incorporate the revisions reflected in the Corrected Declaration.

Dated: September 18, 2018
       New York, New York

                                                  LORNA G. SCHOFIELD
                                           **UNITED STATES DISTRICT JUDGE**