USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/29/2019

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AXIOM INVESTMENT ADVISORS, LLC, by and Through its Trustee, Gildor Management LLC,<br><br>                             Plaintiff,<br><br>v.<br><br>BARCLAYS BANK PLC and BARCLAYS CAPITAL INC.,<br><br>                             Defendants. | Case No. 15-CV-09323 (LGS) |

**[~~PROPOSED~~] ORDER AUTHORIZING PAYMENT OF CLAIMS ADMINISTRATION FEES AND EXPENSES FROM THE SETTLEMENT FUND**

WHEREAS, pursuant to the Preliminary Approval Order and Class Distribution Order, the Court has authorized Class Counsel to pay from the settlement fund up to $670,180.72 in notice and claims administration expenses. ECF No. 65, ¶14 ($350,000); ECF No. 138, ¶5 ($320,180.72); and

WHEREAS, as set out in a letter from Class Counsel, dated April 26, 2019, Class Counsel has incurred notice and claims administration expenses exceeding the sum of $670,180.72 authorized to be paid from the settlement fund and has sought the Court's approval to pay $97,895.50 in additional notice and claims administration expenses from the fund;

NOW, THEREFORE, IT IS HEREBY ORDERED THAT:

1.     The Court authorizes Class Counsel to pay an additional $97,895.50 from the settlement fund for notice and claims administration expenses set out in Class Counsel's April 26, 2019 letter.

2.     Any expenses in excess of $97,895.50 may be paid from the settlement fund only with the approval of the Court.

3.      The Court retains jurisdiction to consider any further applications concerning the administration of the settlement fund and such other further relief as this Court deems appropriate.

IT IS SO ORDERED.

DATED: April 29            , 2019
       New York, New York

                                          **LORNA G. SCHOFIELD**
                                          **UNITED STATES DISTRICT JUDGE**