**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| AXIOM INVESTMENT ADVISORS, LLC, by and Through its Trustee, Gildor Management LLC,<br>　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>BARCLAYS BANK PLC and BARCLAYS CAPITAL INC.,<br>　　　　　　　　　Defendants. | Case No. 15-CV-09323 (LGS) |

**[PROPOSED] ORDER AUTHORIZING PAYMENT OF CLAIMS ADMINISTRATION FEES AND EXPENSES FROM THE SETTLEMENT FUND**

WHEREAS, pursuant to prior Orders, the Court authorized Class Counsel to pay from the settlement fund up $768,076.22 in notice and claims administration expenses. ECF No. 65 (Preliminary Approval Order), ¶14 ($350,000); ECF No. 138 (Class Distribution Order), ¶5 ($320,180.72), ECF No. 143 (Order Authorizing Payment of Claims Administration Fees and Expenses from the Settlement Fund), ¶1 ($97,895.50); and

WHEREAS, as set out in a letter from Class Counsel, dated July 1, 2020, Class Counsel has incurred notice and claims administration expenses exceeding the sum of $768,076.22 authorized to be paid from the settlement fund and has sought the Court's approval to pay up to $3,001.54 in additional notice and claims administration expenses from the fund;

NOW, THEREFORE, IT IS HEREBY ORDERED THAT:

1.　　The Court authorizes Class Counsel to pay up to $3,001.54 in additional notice and claims administration expenses from the settlement fund for notice and claims administration expenses set out in Class Counsel's July 1, 2020 letter.

2.　　Any expenses in excess of $3,001.54 may be paid from the settlement fund only with the approval of the Court.

3. The Court retains jurisdiction to consider any further applications concerning the administration of the settlement fund and such other further relief as this Court deems appropriate.

It is further ordered that Class Counsel shall, by **July 28, 2020,** file a full accounting of the distribution of the gross settlement fund.

IT IS SO ORDERED.

DATED: July 7, 2020
New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE