UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
AXIOM INVESTMENT ADVISORS, LLC,

                              Plaintiff,        15 Civ. 9323 (LGS)

                -against-                ORDER

BARCLAYS BANK PLC, et al.,

                            Defendants.
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

      WHEREAS, Class Counsel represents the settlement fund has been fully distributed. *See* Dkt. No. 148.

      WHEREAS, Class Counsel has filed a Post-Distribution Accounting, accounting for the distribution of one hundred percent of the gross settlement fund. *See* Dkt. No. 151.

      The Clerk of Court is respectfully requested to close the case.

So Ordered.

Dated: July 29, 2020
       New York, New York

                                                     LORNA G. SCHOFIELD
                                                 UNITED STATES DISTRICT JUDGE